DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAIME NUNES,**
Appellant,

v.

**JUDITH BRESETTE,**
Appellee.

No. 4D2022-3081

[January 25, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; John Hurley, Judge; L.T. Case No. CONO22000908.

Steven B. Katz of SBK Legal, Coral Springs, for appellant.

Judith Bresette, Pompano Beach, pro se.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***